### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

BENJAMIN WILLIAM FAWLEY,

    Plaintiff,

v.                                                                                          No. CV 11-61 BB/CG

JOE WILLIAMS, et al.,

    Defendants.

### ORDER GRANTING MOTION FOR EXTENSION

**THIS MATTER** comes before the Court on Plaintiff's *Motion for an Extension of Time to Respond*, (Doc. 21). Plaintiff's motion is in response to Judge Black's *Memorandum Opinion and Order*, ("MOO"), (Doc. 20), filed August 3, 2010, but is properly before this Court since Judge Black has referred the case to this Court for a recommended disposition. (*See* Doc. 3). In the MOO, Judge Black noted that Defendants Joe Williams and Anthony Romero are no longer employed in their former positions with the New Mexico Department of Corrections. (Doc. 20 at 3). Consequently, Judge Black directed Plaintiff to provide an address for those two Defendants so that they could be served with process. (*Id.*). The MOO stated that Plaintiff "will be allowed a reasonable time to provide an address for serving those Defendants." (*Id.*). Plaintiff's instant motion argues that he is incarcerated and that he has no means of discovering the Defendants' addresses because he has no access to a phonebook, the internet, or even the prison law library. (Doc. 21 at 1). He requests that the Court grant him additional time to discover the relevant addresses. (*Id.*). The Court finds Plaintiff's request for additional time to be reasonable.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for an Extension of Time to Respond*, (Doc. 21), be **GRANTED**. Plaintiff shall be given a thirty day extension from the date of this order to provide the addresses for Defendants Williams and Romero.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE